TOMAS MARGAIN, Bar No. 193555
HUY TRAN, Bar No. 288196
Justice at Work Law Group
84 W. Santa Clara St., Ste. 790
San Jose, CA 95113
Tel: (408) 317-1100
Fax: (408) 351-0105
Tomas@JAWLawGroup.com
Huy@JAWLawGroup.com

Attorneys for Plaintiff
ARTURO DE LA CRUZ

PAUL V. SIMPSON, BAR NO. 83878
SIMPSON, GARRITY, INNES & JACUZZI
Professional Corporation
601 Gateway Boulevard, Suite 950
South San Francisco, CA  94080
Telephone:  (650) 615-4860
Fax:  (650) 615-4861
psimpson@sgijlaw.com

Attorneys for Defendant
SPOSETO ENGINEERING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTURO DE LA CRUZ,<br><br>Plaintiff,<br><br>v.<br><br>SPOSETO ENGINEERING, INC.,<br><br>Defendant.. | Case No.  15-cv-03798 EMC<br><br>**STIPULATION AND & [PRO~~P~~OSED] ORDER TO DISMISS MATTER**<br><br>HON. EDWARD M. CHEN |

WHEREAS the parties conducted a confidential mediation session sponsored by this Court on March 3, 2016 and the Parties reached a complete settlement of the named Plaintiff ARTURO DE LA CRUZ's claims in the above-captioned matter;

WHEREAS the settlement calls for a Dismissal With Prejudice of all Plaintiff ARTURO DE LA CRUZ's claims in the Complaint.

{10277-18 00353839.DOCX 1 } **JOINT STIPULATION AND [PROPOSED] ORDER RE: DISMISSAL WITH**

1  WHERAS the parties desire the Court to retain jurisdiction to enforce the payment
2  provisions in the settlement agreement only through May 1, 2016.
3  The Parties to the above-entitled action jointly submit this Stipulation and [Proposed]
4  Order requesting dismissal. Thus, the Parties, through their undersigned counsel, respectfully request
5  that the Court enter this Stipulation as an Order.
6  IT IS SO STIPULATED
7  Dated: March 22, 2016          //s// Tomas E. Margain
8                                 TOMAS MARGAIN
                                   Counsel for Plaintiff ARTURO DE LA CRUZ
9
10 Dated: March 22, 2016          //s// PAUL V. SIMPSON
11                                PAUL V. SIMPSON
                                  Counsel for Defendant SPOSETO
12                                ENGINEERING, INC.
13
14                                **ORDER**
15  **IT IS HEREBY ORDERED** pursuant to the parties' Stipulation, and Good Cause
16 appearing therefore, that the above entitled action is hereby dismissed with prejudice.
17  The Clerk of the Court is directed to vacate all future dates and close the file. The Court retains
18 jurisdiction to enforce the payment terms of the agreement through May 1, 2016 only.
19  Each side shall bear its own costs and fees.
20  IT IS SO ORDERED
21  DATED: 3/23/16             By:
22                                 EDWARD M. CHEN
                                   UNITED STATES
23                                 JUDGE

*IT IS SO ORDERED*
*Judge Edward M. Chen*

{10277-18 00353839.DOCX 1} **STIPULATION AND [PROPOSED] ORDER RE: DISMISSAL**     1.